# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Christopher Warnagiris

*Defendant*

)
)
)
)
)
)
)

Case: 1:21-mj-00423
Assigned to: Judge Faruqui, Zia M.
Assign Date: 5/12/2021
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Christopher Warnagiris__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a) - Assaulting, Resisting, or Impeding Certain Officers or Employee;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress;
18 U.S.C. § 1752(a) & (b) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: __05/12/2021__                                   2021.05.12 17:03:49 -04'00'
                                                       *Issuing officer's signature*

City and state: __Washington, D.C.__       __Zia M. Faruqui, U.S. Magistrate Judge__
                                           *Printed name and title*

### Return

This warrant was received on *(date)* __5/12/21__, and the person was arrested on *(date)* __5/13/21__
at *(city and state)* __Quantico, VA__.

Date: __5/13/21__
\* on behalf of FBI

__S. V___ *
*Arresting officer's signature*

__S. Venuti DUSM__
*Printed name and title*