# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) Case: 1:21-mj-00423 |
| Christopher Warnagiris | ) Assigned to: Judge Faruqui, Zia M. |
| | ) Assign Date: 5/12/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| _Defendant_ | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_                                            Christopher Warnagiris                                            ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☒ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a) - Assaulting, Resisting, or Impeding Certain Officers or Employee;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress;
18 U.S.C. § 1752(a) & (b) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date:      05/12/2021                                            2021.05.12 17:03:49 -04'00'

_Issuing officer's signature_

City and state:              Washington, D.C.                         Zia M. Faruqui, U.S. Magistrate Judge

_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_  5/12/21  , and the person was arrested on _(date)_  5/13/21  at _(city and state)_  Quantico, VA  . |
| Date:  5/13/21  ✗ on behalf of FBI                          _Arresting officer's signature_  S. Venuti  DUSM  _Printed name and title_ |

```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Magistrate Judge Ivan D. Davis (christina_marquez@vaed.uscourts.gov,
idd_chambers@vaed.uscourts.gov, ivan_d_davis@vaed.uscourts.gov,
toni_coleman@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:10006118@vaed.uscourts.gov
Subject:Activity in Case 1:21-mj-00167-IDDVAED USA v. Warnagiris Arrest - Rule 5
```
Content−Type: text/html

## U.S. District Court

## Eastern District of Virginia −

## Notice of Electronic Filing

The following transaction was entered on 5/13/2021 at 11:48 AM EDT and filed on 5/13/2021

| | |
|---|---|
| **Case Name:** | USA v. Warnagiris |
| **Case Number:** | 1:21−mj−00167−IDD |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Arrest of Christopher Warnagiris in Eastern District of Virginia (Alexandria). (Igue, )**

**1:21−mj−00167−IDD−1 Notice has been electronically mailed to:**

**1:21−mj−00167−IDD−1 Notice has been delivered by other means to:**

|                                | TYPE OF HEARING:  R5/R40 _____ |
|                                | CASE NUMBER:  1:21-mj-167 |
|                                | MAGISTRATE JUDGE: Ivan D. Davis |
|                                | DATE: 5/13/2021 |
|                                | TIME: 2:00 p.m. |
| EASTERN DISTRICT OF VIRGINIA    | RECORDING: FTR |
|                                | DEPUTY CLERK: Laura Guerra |

UNITED STATES OF AMERICA

        VS.

Christopher Warnagiris

**GOVT. ATTY:** ___Zoe Bedell

**DEFT'S ATTY:**___ w/o counsel

**DUTY AFPD:**____Cadence Mertz_____

**INTERPRETER:**_____

DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES (x)
DEFT INFORMED OF RIGHTS AND THE VIOLATIONS ( )
COURT TO APPOINT COUNSEL ( )   FPD ( ) CJA ( ) Conflict List ( )

Deft consents to video conferencing. Matter to be set in the District of Columbia for further proceedings.

BOND:

Gov't is not seeking detention. Deft placed on PR bond with conditions.

( ) DEFT IS REMANED TO THE CUSTODY OF THE USMS DUE TO
( ) RISK OF NON APPEARANCE (   ) SAFETY OF THE COMMUNITY
( ) DEFT RESERVES THE RIGHT OF THE COURTS DETERMINATION AS TO DETENTION BASED ON A CHANGE OF CIRCUMSTANCES

**NEXT COURT APPEARANCE:**

**TIME:**

**JUDGE:**

# UNITED STATES DISTRICT COURT

_____ <u>Eastern</u> _____    District of    <u>Virginia</u> _____

United States of America

v.

_____
Defendant

## ORDER SETTING CONDITIONS
## OF RELEASE

Case Number: _____

IT IS ORDERED that the release of the defendant is subject to the following conditions:

    (1)   The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

    (2)   The defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

    (3)   The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as

        directed. The defendant shall appear at (if blank, to be notified)_____ <u>United States District Court</u>

                                                              Place

    <u>401 Courthouse Sq., Alexandria, VA</u>   on   _____

    333 Constitution Avenue N.W. Washington D.C. 20001          Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ ) (4)  The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

(    ) (5)  The defendant executes an unsecured bond binding the defendant to pay the United States the sum of

    _____ dollars ($_____)
    in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL   SERVICES   U.S. ATTORNEY   U.S. MARSHAL

# ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

     IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

(    )   (6)   The defendant is placed in the custody of:

      Person or organization _____

      Address *(only if above is an organization)* _____

      City and state _____ Tel. No._____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

                     Signed: _____    _____

                                             *Custodian*                          *Date*

(    )   (7)   The defendant must:

    (    )   (a)   submit to supervision by and report for supervision to the _____ ,

                telephone number _____ , no later than _____ .

    (    )   (b)   continue or actively seek employment.

    (    )   (c)   continue or start an education program.

    (    )   (d)   surrender any passport to: _____

    (    )   (e)   not obtain a passport or other international travel document.

    (    )   (f)   abide by the following restrictions on personal association, residence, or travel: _____

                 _____

    (    )   (g)   avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,

                 including: _____

                 _____

    (    )   (h)   get medical or psychiatric treatment: _____

                 _____

    (    )   (i)   return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,

                or the following purposes: _____

                 _____

    (    )   (j)   maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers

                 necessary.

    (    )   (k)   not possess a firearm, destructive device, or other weapon.

    (    )   (l)   not use alcohol (  ☐  ) at all (  ☐  ) excessively.

    (    )   (m)   not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a

        licensed medical practitioner.

    (    )   (n)   submit to testing for a prohibited substance if required by the pretrial services office or supervising officer.  Testing may be used with

                 random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of

                 prohibited substance screening or testing.  The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy

                 of prohibited substance screening or testing.

    (    )   (o)   participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or

                 supervising officer.

    (    )   (p)   participate in one of the following location restriction programs and comply with its requirements as directed.

             (    )   (i)   **Curfew.** You are restricted to your residence every day (  ☐  ) from _____ to _____ , or (  ☐  ) as

                          directed by the pretrial services office or supervising officer; or

             (    )   (ii)   **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services;

                          medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other

                          activities approved in advance by the pretrial services office or supervising officer; or

             (    )   (iii)   **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and

                          court appearances or other activities specifically approved by the court; or

             (    )   (iv)   **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions.  However,

                          you must comply with the location or travel restrictions as imposed by the court.

                          **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

## ADDITIONAL CONDITIONS OF RELEASE

(   ) (q) submit to the following location monitoring technology and comply with its requirements as directed:

        (   ) (i)     Location monitoring technology as directed by the pretrial services or supervising officer; or

        (   ) (ii)    Voice Recognition; or

        (   ) (iii)   Radio Frequency; or

        (   ) (iv)   GPS.

(   ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

(   ) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

(   ) (t) _____

              _____

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your, arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

_____
*City and State*                                          *Telephone Number*

### Directions to the United States Marshal

(   )   The defendant is ORDERED released after processing.

(   )   The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____          _____
*Judicial Officer's Signature*

_____
*Printed name and title*

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

# UNITED STATES DISTRICT COURT

<u>Eastern</u>     District of     <u>Virginia</u>

United States of America

## ORDER SETTING CONDITIONS OF RELEASE

V.

_____Christopher Warnagiris_____          Case Number:   1:21-mj-167

Defendant

IT IS ORDERED that the release of the defendant is subject to the following conditions:

   (1)  The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

   (2)  The defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

   (3)  The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as

      directed. The defendant shall appear at (if blank, to be notified) _____ United States District Court _____

      ___401 Courthouse Sq., Alexandria, VA___ on _____ AS DIRECTED _____

      333 Constitution Avenue N.W. Washington D.C. 20001          Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✓ ) (4)  The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

(   ) (5)  The defendant executes an unsecured bond binding the defendant to pay the United States the sum of

      _____ dollars ($_____)
      in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL   SERVICES   U.S. ATTORNEY   U.S. MARSHAL

# ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:

Person or organization _____
Address *(only if above is an organization)* _____
City and state _____     Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____   _____
                             *Custodian*                  *Date*

( ■ ) (7) The defendant must:

( ■ ) (a) submit to supervision by and report for supervision to the   Pretrial Services, 401 Courthouse Square, 3rd Floor, Alexandria, VA ,
      telephone number    703-299-2300   , no later than   noon on 5/14/2021

( ☐ ) (b) continue or actively seek employment.
( ☐ ) (c) continue or start an education program.
( ☐ ) (d) surrender any passport to: _____
( ☐ ) (e) not obtain a passport or other international travel document.
( ■ ) (f) abide by the following restrictions on personal association, residence, or travel:   Do not depart the Washington D.C. metropolitan area
without prior approval of Pretrial Services or the Court.
( ■ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,
including:   No contact with any co-defendant, potential witness or victim for the charged offense unless in the presence of counsel.

( ☐ ) (h) get medical or psychiatric treatment: _____

( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,
      or the following purposes: _____

( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers
      necessary.
( ☐ ) (k) not possess a firearm, destructive device, or other weapon.
( ☐ ) (l) not use alcohol ( ☐ ) at all ( ☐ ) excessively.
( ☐ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a
      licensed medical practitioner.
( ☐ ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with
      random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of
      prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy
      of prohibited substance screening or testing.
( ☐ ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or
      supervising officer.
( ☐ ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
        ( ☐ ) (i) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as
               directed by the pretrial services office or supervising officer; or
       ( ☐ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services;
               medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other
               activities approved in advance by the pretrial services office or supervising officer; or
       ( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and
               court appearances or other activities specifically approved by the court; or
       ( ☐ ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However,
               you must comply with the location or travel restrictions as imposed by the court.
               **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

Case 2:21-mj-00211-DUTY Document 3 Filed 01/11/21 Page 10 of 13 Page ID #:9

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (q) submit to the following location monitoring technology and comply with its requirements as directed:
      ( ☐ ) (i)     Location monitoring technology as directed by the pretrial services or supervising officer; or
      ( ☐ ) (ii)    Voice Recognition; or
      ( ☐ ) (iii)   Radio Frequency; or
      ( ☐ ) (iv)   GPS.

( ☐ ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ■ ) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ■ ) (t) Reside at current residence and not move without prior approval of Pretrial Services or the Court.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

ALEXANDRIA, VA                                    703-213-1340
City and State                                          Telephone Number

### Directions to the United States Marshal

( ■ ) The defendant is ORDERED released after processing.

( ☐ ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 5/13/2021                              /s/ Ivan D. Davis
_____                         _____
                                                      Judicial Officer's Signature

                                    Ivan D. Davis, United States Magistrate Judge
                                    _____
                                                      Printed name and title

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

# U.S. District Court
## Eastern District of Virginia – (Alexandria)
## CRIMINAL DOCKET FOR CASE #: <u>1:21–mj–00167–IDD</u>–1

Case title: USA v. Warnagiris                                    Date Filed: 05/13/2021

---

Assigned to: Magistrate Judge Ivan D. Davis

**Defendant (1)**

**Christopher Warnagiris**

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

---

**Plaintiff**

**USA**

| Date Filed | # | Page | Docket Text |
| --- | --- | --- | --- |
| 05/13/2021 | | | Arrest of Christopher Warnagiris in Eastern District of Virginia (Alexandria). (lgue, ) (Entered: 05/13/2021) |
| 05/13/2021 | <u>1</u> | | Arrest Warrant Returned Executed on 5/13/2021 in case as to Christopher Warnagiris. (lgue, ) (Entered: 05/13/2021) |
| 05/13/2021 | <u>2</u> | | Minute Entry for proceedings held before Magistrate Judge Ivan D. Davis:Initial Appearance in Rule 5(c)(3) Proceedings via ZoomGov as to Christopher Warnagiris held on 5/13/2021. US appeared through: Zoe Bedell. Deft appeared without counsel. Duty AFPD: Cadence Mertz present. Deft informed of rights, charges, and penalties. Deft consents to video conferencing. Matter to be set in the District of Columbia for further proceedings. Gov't is not seeking detention. |

| | | | |
|---|---|---|---|
| | | | Deft placed on PR bond with conditions. (Tape #FTR.)(lgue, ) (Entered: 05/13/2021) |
| 05/13/2021 | 3 | | ORDER Setting Conditions of Release as to Christopher Warnagiris (1) PR Bond. Signed by Magistrate Judge Ivan D. Davis on 5/13/2021. (lgue, ) (Entered: 05/13/2021) |
| 05/14/2021 | 4 | | PR Bond Bond Entered as to Christopher Warnagiris (lgue, ) (Entered: 05/14/2021) |