UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:21-CR-0382-PLF |
| | : | |
| **CHRISTOPHER WARNAGIRIS,** | : | |
| | : | |
| **Defendant.** | : | |

**MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY
FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS**

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery. Finally, the United States requests that any order granting this motion be made applicable to co-defendants who may later be joined.

The United States conferred with counsel for Defendant regarding this motion and Defendant does not oppose the motion for an order to disclose items protected by Federal Rule of Criminal Procedure 6(e) and sealed materials.

1

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

Date: October 12, 2021

                                                Respectfully submitted,

                                                CHANNING PHILLIPS
                                                Acting United States Attorney
                                                D.C. Bar No. 415793

By:    *s/ Jennifer M. Rozzoni*
            JENNIFER M. ROZZONI
            NM Bar No. 14703
            Assistant United States Attorney
            District of Columbia
            Capitol Riot Detailee
            201 3rd Street, Suite 900
            Albuquerque, NM 87102
            (505) 350-6818
            jennifer.m.rozzoni@usdoj.gov