| Government |
| Plaintiff |
| Defendant |
| Joint |
| Court |

**UNITED STATES OF AMERICA**

VS.

**Christopher Warnagiris**

Civil/Criminal No.   **21-cr-305 (JEB)**

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | Notes |
|---|---|---|---|---|---|
| 100 Series | *General Evidence of the Capitol Grounds and the Riot on January 6th* | | | | |
| 101 | J 6 Montage video with Carpenter (15min) | | | | |
| 102 | Map of Restricted Perimeter | | | | |
| 103 | Area Closed Signs and Barricades | | | | |
| 104 | Photo of Capitol with Snow Fencing in Forefront and Signs in Background | | | | |
| 105 | Area Closed Sign and Barricades | | | | |
| 106 | Map | | | | |
| 107 | Blueprint - Second Floor of Capitol Building | | | | |

1

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | Notes |
|---|---|---|---|---|---|
| 108 | Blueprint – House Chamber | | | | |
| 109 | Three-Dimensional Depiction of Capitol | | | | |
| 110 | Three-Dimensional Depiction of Capitol (Aerial) | | | | |
| 111 | East Front Time Lapse | | | | |
| | | | | | |
| | | | | | |
| 200 Series | *Secret Service Exhibits* | | | | |
| 201 | HOS Notification – Visit of Vice President Michael Pence Mrs. Pence and Charlotte Pence to the U.S. Capitol (S-214_House and Senate Floors) on Wednesday January 6 (PDF) | | | | |
| 202 | USSS HOS Notification – Vice President Pence 01.06.21 9 (REDACTED) (PDF) | | | | |
| 203 | USSS-3 – VP Pence departing Senate members staircase (public version).mp4 | | | | |
| 204 | USSS-2 – East Side of the Capitol: VP vehicles moving | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | Notes |
|---|---|---|---|---|---|
| 205 | Radio Communication (14:14:42) | | | | |
| 206 | Radio Communication (14:20:19) | | | | |
| 207 | Radio Communication (14:21:49) | | | | |
| | | | | | |
| 300 Series | *U.S. Capitol CCTV Footage* | | | | |
| 301 | Rotunda Lobby West | | | | |
| 302 | Rotunda Lobby East | | | | |
| 303 | Rotunda North | | | | |
| 304 | Rotunda South | | | | |
| 305 | Statuary Hall West | | | | |
| 306 | Statuary Hall East | | | | |
| 307 | House of Representatives Hallway North | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | Notes |
|---|---|---|---|---|---|
| 308 | House of Representatives Hallway East | | | | |
| 309 | Statuary Hall West | | | | |
| 310 | Statuary Hall East | | | | |
| 311 | Rotunda North | | | | |
| 312 | Rotunda South | | | | |
| 313 | Rotunda Lobby East | | | | |
| 314 | Rotunda Lobby West | | | | |
| 315 | House Floor | | | | |
| 316 | East Front CCTV | | | | |
| | | | | | |
| 400 Series | *Open Source* | | | | |
| 401 | YouTube-YPS News | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | Notes |
|---|---|---|---|---|---|
| 402 | Facebook Video (Sunny.dayz) | | | | |
| 403 | Facebook Video (Goulashjohnson) | | | | |
| 404 | Laura USA Capitol Washington Video | | | | |
| 405 | Nolan Cooke Video | | | | |
| 406 | Rumble Video 1 (Casper-J6) | | | | |
| 407 | Rumble Video 2 (Casper-J6) | | | | |
| 408 | Vinceableworld Video | | | | |
| 409 | Getty Image (1230455143)-Outside Doors | | | | |
| 410 | Getty Image (1230455082)-Inside Doors | | | | |
| 411 | Miguel Lugo Photo | | | | |
| 412 | Getty Images-Bloomberg 1 | | | | |
| 413 | Getty Images Bloomberg 1230455496 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | Notes |
|---|---|---|---|---|---|
| 414 | Getty Images Bloomberg 1230455490 | | | | |
| 415 | Twitter Video (bresresports) | | | | |
| 416 | RGM News Video | | | | |
| 416.1 | Clip at Columbus doors | | | | |
| 417 | Instagram Photo | | | | |
| 418 | Jayden X Video | | | | |
| 419 | YouTube-Huey Long | | | | |
| 420 | Capitol Hill Occupy Video | | | | |
| 421 | TheSteelTruth Facebook Video | | | | |
| 422 | Hector Vargas Video 1 | | | | |
| 423 | Rahm III Video | | | | |
| 424 | Nguyen Tuan Facebook Video | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | Notes |
|---|---|---|---|---|---|
| 425 | Hector Vargas Video 2 | | | | |
| 426 | YouTube-FNTV | | | | |
| 426.1 | FNTV Clip | | | | |
| 427 | Youtube-Stephen Ignoramus | | | | |
| 428 | Hector Vargas Video 3 | | | | |
| 429 | Parler Video (uAKQeDMoSL0c) | | | | |
| 430 | Parler Video (9T1Wgyjt0vKj) | | | | |
| 431 | Last Rally Photo | | | | |
| 432 | Members in Gallery | | | | |
| 433 | VID_20210106_144402027 | | | | |
| | | | | | |
| | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | Notes |
|---|---|---|---|---|---|
| *500 Series* | *Body Worn Camera* | | | | |
| 501 | P/O Graves | | | | |
| 502 | P/o Johnson | | | | |
| 503 | P/O Lepe | | | | |
| 504 | P/O Mendoza | | | | |
| 505 | P/O Yi | | | | |
| 506 | P/O Lapitsky | | | | |
| 507 | P/O S.H. | | | | |
| | | | | | |
| | | | | | |
| *600 Series* | *Search Warrant/Phone* | | | | |
| 601 | Property Receipt (089B-WF-3368293-241_AFO_0000013_1A0000008_0000004) | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | Notes |
|---|---|---|---|---|---|
| 602 | Phone Report/Extraction | | | | |
| 603 | 3E9DBCAD-61D5-4423-9A50-5F5C55DD1A35_thumb.jpg | | | | |
| 604 | 61BCEE62-C5DF-41A1-95CB-13E8C794EE32_thumb.jpg | | | | |
| 605 | 5005_thumb.jpg | | | | |
| 606 | FullSizeRender_thumb.jpg | | | | |
| 607 | image0_thumb.jpg | | | | |
| 608 | IMG_7107_thumb.jpg | | | | |
| 609 | IMG_7108_thumb.jpg | | | | |
| 610 | IMG_7119_thumb.jpg | | | | |
| 611 | IMG_7122_thumb.jpg | | | | |
| 612 | IMG_7128_thumb.jpg | | | | |
| 613 | IMG_7134_thumb.jpg | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | Notes |
|---|---|---|---|---|---|
| 614 | IMG_7159_thumb.jpg | | | | |
| 615 | IMG_7182_thumb.jpg | | | | |
| 616 | IMG_7231_thumb.jpg | | | | |
| 617 | IMG_8091_thumb.jpg | | | | |
| 618 | IMG_9130_thumb.jpg | | | | |
| 619 | IMG_9131_thumb.jpg | | | | |
| 620 | IMG_9454_thumb.jpg | | | | |
| 621 | IMG_9460_thumb.jpg | | | | |
| 622 | IMG_9461_thumb.jpg | | | | |
| 623 | IMG_9873_thumb.jpg | | | | |
| 624 | 624-PhotosSearchSection-at_0_A67915A9-78EF-44F4-BB1A-8F7C216F712D _.png | | | | |
| 625 | 625-PhotosSearchSection-at_0_A594785E-B1A0-47F7-BF60-3AF95AA170E8.png | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | Notes |
|---|---|---|---|---|---|
| 626 | PhotosSearchSection-at_0_FA76F93D-865F-4893-8FE9-4E91BF4425A7 | | | | |
| 627 | 627-PhotosSearchSection-at_3_F0835C01-7F50-4D21-94CF-FE924EF65058 | | | | |
| 628 | 2d501d9299eb7431e03d02e2695.png | | | | |
| 629 | 5008b2d7d4c972c26b5353cea8ff.png | | | | |
| 630 | c5464ed0c7ed340fb8ecbc9050ffd.png | | | | |
| 631 | c8f612bfaaa6caa3541097e1f93e.png | | | | |
| 632 | RPReplay_Final1609983434.mov.png | | | | |
| 633 | SW Photo-Backpack (DSCN0027.JPG) | | | | |
| 634 | SW Photo-Boots (DSCN0030.JPG) | | | | |
| 635 | SW Photo-Pants (DSCN0031.JPG) | | | | |
| 636 | SW Photo-MAGA Hat (DSCN0037.JPG) | | | | |
| 637 | SW Photo-SW Photo Indicator (DSCN0003) | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | Notes |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| *700 Series* | *Congressional Exhibits* | | | | |
| 701 | Congressional Video Montage | | | | |
| 702 | 12th Amendment | | | | |
| 703 | 3 USC 15 | | | | |
| 704 | 3 USC 16 | | | | |
| 705 | 3 USC 17 | | | | |
| 706 | 3 USC 18 | | | | |
| 707 | Congressional Resolution | | | | |
| 708 | Senate Recording Studio Certificate of Authenticity | | | | |
| 709 | House Recording Studio Certificate of Authenticity | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | Notes |
|---|---|---|---|---|---|
| 710 | Congressional Record - Senate | | | | |
| 711 | Congressional Record - House | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| *800 Series* | *Safeway* | | | | |
| 801 | DC closure Email | | | | |
| 802 | Mid Atlantic Sales Report | | | | |
| 803 | PA Shipment | | | | |
| 804 | Safeway Business Record Certification | | | | |
| 805 | DC-1-DC Register | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | Notes |
|---|---|---|---|---|---|
| 806 | DC-2- Curfew Tweet | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | Notes |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |