**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Case No. 1:21-cr-382 (PLF)** |
| | : | |
| **CHRISTOPHER WARNAGIRIS,** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT STATUS REPORT

Pursuant to the Court's October 25, 2023 Minute Order, the parties have met and conferred,

and propose the following dates for a pretrial schedule:

| Date | Description |
|---|---|
| November 30, 2023 | The government shall file any opposition to the defendant's outstanding pretrial motions and its response to the Court's questions in the October 24, 2023 Order, ECF No. 91. |
| December 15, 2023 | The defendant shall file any reply in support of his pretrial motions. The parties shall file any objections to the Court's proposed bench instructions, as described in ECF No. 91 at 3-4. |
| December 20, 2023 | Final pretrial conference. |
| January 22, 2024 at 10:00 a.m. | Trial will commence. |

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
For the Defendant,                                    D.C. Bar Number 481052


/s/ Marina Medvin                      By:   /s/ ANDREW HAAG
Marina Medvin, Esq.                          Andrew Haag
MEDVIN LAW PLC                               Assistant United States Attorney
916 Prince Street                            MA Bar No. 705425
Alexandria, Virginia 22314                   601 D Street NW, Washington, DC 20530
Tel: 888.886.4127                            Tel. No.: (202) 252-7755
Email: contact@medvinlaw.com                 Email: andrew.haag@usdoj.gov

                                             /s/ REBEKAH LEDERER
                                             Rebekah Lederer
                                             Assistant United States Attorney
                                             Pennsylvania Bar No. 320922
                                             601 D St. N.W, Washington, DC 20530
                                             Tel. No.: (202) 252-7012
                                             Email: rebekah.lederer@usdoj.gov