# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**,  )<br>  )<br>**v.**  )<br>  )<br>**CHRISTOPHER WARNAGIRIS**,  )<br>  )<br>Defendant.  )<br>  ) | Criminal Case No: 1:21-CR-0382-PLF<br><br>Trial: January 22, 2024 |

## Errata

Counsel for defendant Christopher Warnagiris respectfully submits the following errata: yesterday, on December 14, 2023, defense counsel filed a Motion to Continue or Stay the trial date, ECF No. 103, in which undersigned counsel noted on Page 2 that Mr. Warnagiris has been compliant with his pretrial conditions *for over a year and a half*, since May of 2021. A correction to the inadvertent time miscalculation must be noted for the court and for the record — Mr. Warnagiris has been on pretrial release for **two and a half years, not one and a half**.

Undersigned counsel apologizes for the time computation error.


Date: December 15, 2023


    Respectfully submitted,

    By Counsel:

    _____/s/_____
    Marina Medvin, Esq.



*Counsel for Defendant*
MEDVIN LAW PLC
916 Prince Street
Alexandria, Virginia 22314
Tel: 888.886.4127
Email: contact@medvinlaw.com

## CERTIFICATE OF SERVICE FOR CM/ECF

    I hereby certify that on December 15, 2023, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

/s/
Marina Medvin, Esq.