UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:21-cr-382 (PLF) |
| | : | |
| CHRISTOPHER WARNAGIRIS, | : | |
| | : | |
| Defendant. | : | |

## JOINT STATUS REPORT

The United States of America and Defendant Christopher Warnagiris, by and through his counsel, (collectively, "the parties"), respectfully and jointly submit this status report at the Court's request.

On December 14, 2023, Defendant Warnagiris filed a motion to stay (ECF No. 103) which the government opposed (ECF No. 104). On December 21, 2023, the Court issued a Minute Order vacating the January 22, 2024 bench trial due to scheduling issues. The Court further ordered the parties to submit a joint status report with proposed trial dates in April, May, and June of 2024 by January 16, 2024

Accordingly, the parties jointly and respectfully submit their availability during the following time periods:

- April 1-5
- April 9-10
- May 20-30
- June 17-19
- July 15-26

Under the Speedy Trial Act, 18 USC 3161, the parties jointly request that the Court should exclude the time until the new trial date. An ends-of-justice exclusion under 18 U.S.C. 3161(h)(7)(A) is

appropriate for reasons including the complexity of the issues and had and adequate time for effective

preparation. 18 U.S.C. 3161(h)(7)(B)(ii) and (iv).



Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
For the Defendant,                                    D.C. Bar Number 481052


/s/ Marina Medvin                    By:    /s/ REBEKAH LEDERER
Marina Medvin, Esq.                         Rebekah Lederer
MEDVIN LAW PLC                              Assistant United States Attorney
916 Prince Street                           PA Bar No. 320922
Alexandria, Virginia 22314                  601 D Street NW, Washington, DC 20530
Tel: 888.886.4127                           Tel. No.: (202) 252-7012
Email: contact@medvinlaw.com                Email: rebekah.lederer@usdoj.gov


                                            /s/ ANDREW HAAG
                                            Andrew Haag
                                            Assistant United States Attorney
                                            MA Bar No. 705425
                                            601 D Street NW, Washington, DC 20530
                                            Tel. No.: (202) 252-7755
                                            Email: andrew.haag@usdoj.gov

2