| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **CASE NO. 21-cr-382 (PLF)** |
| : | |
| **CHRISTOPHER WARNAGIRIS,** : | |
| : | |
| **Defendant.** : | |

## CERTIFICATION OF DATA COPIED FROM AN ELECTRONIC DEVICE, STORAGE MEDIUM, OR FILE PURSUANT TO FRE 902(14)

I, Randall Walls, attest under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I was previously employed by the Federal Bureau of Investigation (FBI) in the position of Information Technology Specialist – Forensics Examiner (ITS-FE) at the Washington Field Office (WFO) Northern Virginia Resident Agency (NVRA) assigned to Computer Analysis Response Team Laboratory. The ITS-FE is responsible for the lawfully authorized imaging, extracting/copying of the contents, of electronic devices to include electronic storage media, cellular telephones, and other electronic devices. By reason of my position and specialized training, I am authorized and qualified to make this declaration as a "qualified person" under Rule 902(14) of the Federal Rules of Evidence.

I further state:

1. I created a Cellebrite UFED physical image of an Apple device attached to FBI case number 88B-WF-3368293-241_AFO.

2. I generated a report for the above device using Cellebrite UFED Physical Analyzer version 7.44.2.10.

3. The Cellebrite UFED Touch and Cellebrite UFED Physical Analyzer were working as designed during the date(s) of extraction and report generation.

4.        For purposes of FRE 902(14), I certify that Government Exhibit 602 consists of the report and data that I extracted/copied from the above-described electronic device.

5.        I further certify that Government Exhibits 603 through 632 consist of text photographs extracted from the above-described electronic device.

6.        I further state that this certification is intended to satisfy FRE 902(14).

*[signature]*

Randall Walls
March 28, 2024