# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**   )<br>)<br>v.                                                            )<br>)<br>**CHRISTOPHER WARNAGIRIS,**             )<br>)<br>Defendant.                                        )<br>) | Case No: 1:21-cr-0382-PLF |

### Motion for Judicial Notice of Federsl Statute

    The defendant hereby moves for judicial notice of 40 U.S.C. § 5102(a), the legal definition of the term "Capitol Grounds."

    Section 5102(a) states in relevant part:

> The United States Capitol Grounds comprises all squares, reservations, streets, roadways, walks, and other areas as defined on a map entitled "Map showing areas comprising United States Capitol Grounds", dated June 25, 1946, approved by the Architect of the Capitol, and recorded in the Office of the Surveyor of the District of Columbia in book 127, page 8, including all additions added by law after June 25, 1946.

    The defense also asks for judicial notice of the map of the Capitol Grounds that is incorporated by reference in 40 U.S.C. § 5102(a). See Attachment A.

    "The law of any State of the Union, whether depending upon statutes or upon judicial opinions, is a matter of which the courts of the United States are bound to take judicial notice, without plea or proof." *Lámar v. Micou*, 114 U.S. 218, 223 (1885); *Jannenga v. Nationwide Life Insurance Co.*, 288 F.2d 169 (D.C. Cir. 1961).

Judicial notice can be taken at any time. *Berrios-Romero v. ESTADO LIBRE ASOCIADO*, 641 F.3d 24, 27 (1st Cir. 2011).

Respectfully submitted,

By Counsel:

_____/s/_____
Marina Medvin, Esq.
*Counsel for Defendant*
MEDVIN LAW PLC
916 Prince Street
Alexandria, Virginia 22314
Tel: 888.886.4127
Email: contact@medvinlaw.com

**CERTIFICATE OF SERVICE FOR CM/ECF**

I hereby certify that on April 3, 2024, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

_____/s/_____
Marina Medvin, Esq.