

MAP SHOWING AREAS COMPRISING UNITED STATES CAPITOL GROUNDS. DAVID LYNN, ARCHITECT OF THE CAPITOL. JUNE 25, 1946. SCALE: 1 inch = 200 feet