UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**         ) | |
|                                                                  ) | |
|      v.                                                        ) | Criminal Case No: 1:21-cr-0382-PLF |
|                                                                  ) | |
| **CHRISTOPHER WARNAGIRIS**,     ) | |
|                                                                  ) | |
|      Defendant.                                        ) | |

### Memorandum of Law on Definition of Act of Physical Violence

Count Six and Count Eight punish "an act of physical violence." *See* 18 U.S.C. § 1752(a)(4); 40 U.S.C. § 5104(e)(2)(F).

The phrase "an act of physical violence" is specifically defined in 40 U.S.C. § 5104(a)(1) as "any act involving— (A) an assault or other infliction or threat of infliction of death or bodily harm on an individual; or (B) damage to, or destruction of, real or personal property."

> **§ 5104. Unlawful activities**
>
> (a) DEFINITIONS.—In this section—
>   (1) ACT OF PHYSICAL VIOLENCE.—The term "act of physical violence" means any act involving—
>     (A) an assault or other infliction or threat of infliction of death or bodily harm on an individual; or
>     (B) damage to, or destruction of, real or personal property.

Count Eight, charged under 40 U.S.C. § 5104(e)(2)(F), requires the application of the definition outlined in 40 U.S.C. § 5104(a)(1). *See also United States v. DaSilva,* 1:21-cr-00564-CJN, ECF No. 76 at *17 (July 13, 2023).

Count Six is charged under 18 U.S.C. § 1752(a)(4) and uses the same terminology to describe a prohibited *actus reus*. There is no other definition in the U.S. Code of "an act of

physical violence" other than the one in 40 U.S.C. § 5104(a)(1).[1] No published opinions appear to address this issue. Judge Nichols has applied the definition of an "act of physical violence" from 40 U.S.C. § 5104(a)(1) to an offense charged under 18 U.S.C. § 1752(a)(4). *See United States v. DaSilva,* 1:21-cr-00564-CJN, ECF No. 76 at *13 (July 13, 2023).

Accordingly, the Defendant requests that the definition in 40 U.S.C. § 5104(a)(1) be applied to Counts Six and Eight of his indictment.

Respectfully submitted,

By Counsel:

_____/s/_____
Marina Medvin, Esq.
*Counsel for Defendant*
MEDVIN LAW PLC
916 Prince Street
Alexandria, Virginia 22314
Tel:  888.886.4127
Email: contact@medvinlaw.com

**CERTIFICATE OF SERVICE FOR CM/ECF**

I hereby certify that on April 4, 2024, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

_____/s/_____
Marina Medvin, Esq.

---

[1] For additional context, the term "act of physical violence" appears in the U.S. Code four times, under 18 U.S.C. § 245, 18 U.S.C. § 1752, 30 U.S.C. § 245, and 40 U.S.C. § 5104. Other than in 40 U.S.C. § 5104, the term is not defined elsewhere.