# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | CRIMINAL CASE NO: 1:21-CR-0382-PLF |
| ) | |
| **CHRISTOPHER WARNAGIRIS**, ) | |
| ) | |
| DEFENDANT. ) | |

## NOTICE OF EMAILS SENT TO CHAMBERS DURING THE TRIAL

During the course of the trial, the Court invited email communications with Chambers on issues that the parties raised before the Court. The defendant is adding those communications to the official record through this filing.

The email communications have been partially redacted for privacy.

Respectfully submitted,

By Counsel:

_____/s/_____
Marina Medvin, Esq.
*Counsel for Defendant*
MEDVIN LAW PLC
916 Prince Street
Alexandria, Virginia 22314
Tel: 888.886.4127
Email: contact@medvinlaw.com



**CERTIFICATE OF SERVICE FOR CM/ECF**

      I hereby certify that on April 4, 2024, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

                                                            /s/
                                            Marina Medvin, Esq.