**MEDVIN LAW** >

Marina Medvin, Esq. <marina@medvinlaw.com>

---

## Re: US v. Warnagiris -Admissibility of the 800 Series
1 message

---

**Marina Medvin, Esq.** <marina@medvinlaw.com>                    Tue, Apr 2, 2024 at 11:09 PM
To: Michaela Olson <████████████████>
Cc: "LEDERER, REBEKAH (USADC)" <████████████████████>, "Haag, Andrew (USADC)"
<████████████████>, Theodore Cooperstein <ted@msappellatelawyers.com>

Dear Michaela,

Briefly, in response to the Government, the defense cites as follows:

> Emails and tweets are user-created, but they are not records created by the business or records of a business.

> Exhibit 801: An email is not a regular business record and not subject to admissibility under Rule 902. *See* US v Kim, 595 F.2d 755, 761 (D.C. Cir. 1979). The "mere presence of a document ... in the retained files of a business entity do[es] not by itself qualify that document as a record of regularly conducted activity." White Indus., Inc. v. Cessna Aircraft Corp., 611 F.Supp. 1049, 1059 (W.D.Mo.1985) (citing Standard Oil Co. of Calif. v. Moore, 251 F.2d 188, 215 n. 34 (9th Cir.1957)).

> Exhibit 805: is a proclamation, not a record or report. It is not the result of investigation, there is no indicia or reliability of factual content and it is politically motivated and opinion. (I think the Government meant to write 803(8)). 803(8) should not apply.

> Exhibit 806: A tweet is not a regular business record and not subject to admissibility under Rule 902. *Same reasoning as above.*

This is what we have in addition to ECF No 97 at *9.


Respectfully,

**Marina Medvin, Esq.**
*Owner/Senior Trial Attorney*

 **MEDVIN LAW** >

**DAUNTLESS DEFENSE** TRUSTED INSIGHT

**MEDVIN LAW** PLC
916 Prince Street
Alexandria, VA 22314
(888) 886-4127 (Ofc)
████████ (Dir)
(703) 870-3300 (Fax)
www.medvinlaw.com

NOTICES:
This email may contain privileged, confidential, or legally exempt information. If you are not the intended recipient, please note that

*any unauthorized dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this email in error, kindly reply to inform us of the mistake. A communication or a reply from an attorney does not signify the establishment of an attorney-client relationship.*

On Tue, Apr 2, 2024 at 9:58 PM Michaela Olson <XXXXXXXXXXXXXXX> wrote:
Received, thank you.

**From:** LEDERER, REBEKAH (USADC) XXXXXXXXXXXXXXXv>
**Sent:** Tuesday, April 2, 2024 9:48:47 PM
**To:** Michaela Olson XXXXXXXXXXv>
**Cc:** Haag, Andrew (USADC) XXXXXXXXXXXXX>; Marina Medvin, Esq. <marina@medvinlaw.com>
**Subject:** US v. Warnagiris -Admissibility of the 800 Series

 **CAUTION - EXTERNAL:**

Evening Ms. Olson,

Attached is the government's position regarding the admissibility of exhibits in the 800 series. Thank you and have a good evening.

Best,

Rebekah

Rebekah E. Lederer

Assistant United States Attorney

Capitol Siege Section

Cell: XXXXX

Desk: XXXXX

**CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.**