

Marina Medvin, Esq. <marina@medvinlaw.com>

---

**Re: 21-CR-382 U.S. v. Warnagiris**
1 message

---

**Marina Medvin, Esq.** <marina@medvinlaw.com>　　　　　　　　　　　　　Wed, Apr 3, 2024 at 6:01 PM
To: Michaela Olson <XXXXXXXXXXXXXXXXXXXXXXX>
Cc: "LEDERER, REBEKAH (USADC)" <XXXXXXXXXXXXXXXXXXXXXXXXX>, "Haag, Andrew (USADC)" <XXXXXXXXXXXXXXXXXXXXX>, Abe Kanter <XXXXXXXXXXXXXXXXXXXX>, Ashley Martin <XXXXXXXXXXXXXXXXXXXX>, Theodore Cooperstein <ted@msappellatelawyers.com>

If I may add one more suggestion-

The text messages are color-sorted. According to the Government's document, green messages indicate they were sent from Mr. Warnagiris' phone. Blue messages indicate they were sent by others. Maybe it would be more sensible and expeditious for the government to simply refer to blue or green messages than to read into the record the various phone numbers. My understanding is that all the messages were sent/received by the same 4 participants. The Government can make a record of that. I am not sure there is a need to identify the intended recipients every time.


Respectfully,

**Marina Medvin, Esq.**
*Owner/Senior Trial Attorney*



**MEDVIN LAW** PLC
916 Prince Street
Alexandria, VA 22314
(888) 886-4127 (Ofc)
XXXXXXXXX (Dir)
(703) 870-3300 (Fax)
www.medvinlaw.com

*NOTICES:*
*This email may contain privileged, confidential, or legally exempt information. If you are not the intended recipient, please note that any unauthorized dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this email in error, kindly reply to inform us of the mistake. A communication or a reply from an attorney does not signify the establishment of an attorney-client relationship.*

> On Wed, Apr 3, 2024 at 5:51 PM Michaela Olson <XXXXXXXXXXXXXXXXXXXXXXX> wrote:
>
>> Dear counsel,
>>
>> Based on this afternoon's discussion, it would be helpful to have each party provide the Court with any citations to case law or specific rules of evidence that may govern the admission of the text messages in Exhibit 602A. We will also plan to take Ms. Medvin's suggestion that tomorrow we go through the text messages in groups so that after the government presents a set of pages from Exhibit 602A and explains why they are admissible, the defense will

respond directly with any arguments about that set of pages. It may or may not be necessary for the witness to read the content of each message into the record, at the parties' discretion.

Thank you,

Michaela


Michaela Olson

Law Clerk to the Honorable Paul L. Friedman

U.S. District Court for the District of Columbia

T: