

Marina Medvin, Esq. <marina@medvinlaw.com>

---

## Warnagiris - Grand Jury Materials
1 message

---

**Marina Medvin, Esq.** <marina@medvinlaw.com>                                          Thu, Apr 4, 2024 at 7:00 PM
To: Michaela Olson <XXXXXXXXXXXXXXXXXX>
Cc: "Haag, Andrew (USADC)" <XXXXXXXXXXXXXXXXXX>, "LEDERER, REBEKAH (USADC)" <XXXXXXXXXXXXXXXXXX>

Dear Michaela,

The Grand Jury materials are attached.

Respectfully,

**Marina Medvin, Esq.**
*Owner/Senior Trial Attorney*



**MEDVIN LAW** PLC
916 Prince Street
Alexandria, VA 22314
(888) 886-4127 (Ofc)
(703) 870-6868 (Dir)
(703) 870-3300 (Fax)
www.medvinlaw.com

*NOTICES:*
*This email may contain privileged, confidential, or legally exempt information. If you are not the intended recipient, please note that any unauthorized dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this email in error, kindly reply to inform us of the mistake. A communication or a reply from an attorney does not signify the establishment of an attorney-client relationship.*

---

**2 attachments**


**GJ Exhibits 1A-1D.pdf**
5054K


**Dec GJ 2021.pdf**
620K