# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Case No. 1:21-cr-382 (PLF) |
| : | |
| CHRISTOPHER WARNAGIRIS, : | |
| : | |
| Defendant.  : | |

## JOINT STATUS REPORT

Pursuant to the Court's April 8, 2024 Minute Order, the parties have met and conferred, and propose the following dates for a post-trial briefing schedule:

| Date | Description |
|---|---|
| April 12, 2024 | The defendant shall file any supplemental briefings on the matters mentioned in the Court's April 8, 2024 Minute Order. |
| April 26, 2024 | The government shall file its responses, if any, to the above issues as well as the defendant's oral motion to dismiss based on *Gaither v. United States*, 413 F.2d 1061 (D.C. Cir. 1969). |
| May 17, 2024 | The defendant shall file his replies, if any, to the above issues. |

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

For the Defendant,

*/s/ Marina Medvin*                By:    */s/ ANDREW HAAG*
Marina Medvin, Esq.                       Andrew Haag
MEDVIN LAW PLC                            Assistant United States Attorney
916 Prince Street                         MA Bar No. 705425
Alexandria, Virginia 22314                601 D Street NW, Washington, DC 20530
Tel: 888.886.4127                         Tel. No.: (202) 252-7755
Email: contact@medvinlaw.com              Email: andrew.haag@usdoj.gov

*/s/ REBEKAH LEDERER*
Rebekah Lederer
Assistant United States Attorney
Pennsylvania Bar No. 320922
601 D St. N.W, Washington, DC 20530
Tel. No.: (202) 252-7012
Email: rebekah.lederer@usdoj.gov
