UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 21-0382 (PLF) |
| CHRISTOPHER WARNAGIRIS, | ) ) ) | |
| Defendant. | ) ) | |

ORDER

Pending before the Court is the government's Motion to Reopen Evidence ("Motion") [Dkt. No. 156] requesting that the Court hear new evidence in response to the Supreme Court's decision in United States v. Fischer, 603 U.S. __, 144 S. Ct. 2176 (2024). The evidence is not closed in the instant case, and courts in this District have contemplated the prospect that the government may seek to "proffer[ ] . . . additional evidence to show that defendant[ ] violated Section 1512(c)(2), as narrowly interpreted by Fischer." United States v. DeCarlo, Crim. No. 21-0073, 2024 WL 4650933, at *13 (D.D.C. Nov. 1, 2024). It would be appropriate to permit the government to do so here. The government indicates that it intends to call one witness "to discuss the use of paper ballots during the certification proceeding and the impact that the riot had on the availability of those ballots." Motion at 5. Defendant will be permitted to cross-examine the government's witness and may present his own witness in rebuttal if he so chooses. Argument will be limited to the new evidence and the government's theory in support of its 18 U.S.C. § 1512(c)(2) charge. Accordingly, it is hereby

ORDERED that the government's Motion to Reopen Evidence [Dkt. No. 156] is GRANTED; and it is

FURTHER ORDERED that the parties shall appear for an evidentiary hearing on December 11, 2024 at 11:00 a.m. in Courtroom 29 of the William B. Bryant Annex to the E. Barrett Prettyman Courthouse at 333 Constitution Avenue N.W., Washington, D.C. 20001.

SO ORDERED.

/s/ Paul L. Friedman<br>
PAUL L. FRIEDMAN<br>
United States District Judge

DATE: 11/18/24