UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**     )<br>    )<br>**v.**     )<br>    )<br>**CHRISTOPHER WARNAGIRIS**,     )<br>    )<br>    Defendant.     )<br>    ) | Case No: 1:21-cr-00382-PLF |

**Defense Motion to Continue**

On November 18, 2024, this Court summoned the parties back to the courtroom for a December 11, 2024 in-person hearing, granting the Government's motion to reopen the the trial evidence against the defendant and resuming the trial that completed on April 5, 2024. *See* ECF No. 159.

Defense counsel, however, is unavailable on December 11, 2024 due to scheduling conflicts. Undersigned counsel is unavailable throughout the month of December, in fact.

Defense counsel, therefore, requests a continuance of this hearing to a date on which counsel is available and provides the following list of available dates in January of 2025 for the court to choose from: January 7, 13, 15, 22, 24, 27, or 29.

The Defense respectfully requests that the hearing be continued to any of the dates offered by undersigned counsel.

Respectfully submitted,

By Counsel:

_____/s/_____
Marina Medvin, Esq.
*Counsel for Defendant*
MEDVIN LAW PLC
277 S Washington St | Ste 210
Alexandria, Virginia 22314
Phone: (703) 870-3300
Email: contact@medvinlaw.com

**CERTIFICATE OF SERVICE FOR CM/ECF**

I hereby certify that on November 19, 2024, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

_____/s/_____
Marina Medvin, Esq.