# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**    )<br>                                                            )<br>    v.                                                    )   Case No: 1:21-cr-00382-PLF<br>                                                            )<br>**CHRISTOPHER WARNAGIRIS**,          )<br>                                                            )<br>    Defendant.                                   )<br>                                                            ) | |

## Motion for Discovery and Enforcement of Pretrial orders

On November 18, 2024, this Court granted the Government's motion to reopen the trial evidence against the defendant for the Government "to call one witness 'to discuss the use of paper ballots during the certification proceeding and the impact that the riot had on the availability of those ballots.'" *See* ECF No. 159.

Defense counsel has not received any discovery materials or correspondence from Government counsel regarding this intended witness or the allegations that he or she intends to make. Moreover, the Defense was not even provided with the name of the Government's witness. (Witness lists were originally exchanged on March 25, 2024. *See* Minute Order, March 22, 2024.) The Defense is unable to adequately prepare for cross examination without pretrial disclosures related to the Government's new witness.

Accordingly, the Defense respectfully requests the court to order the Government to comply with this Court's discovery and pretrial orders with respect to *Brady, Giglio*, and *Lewis*

materials, as well as the Government's Rule 16 and Rule 12 discovery obligations. *See* ECF No. 129; ECF No. 74; Minute Order, Jun. 21, 2021.

                                                Respectfully submitted,

                                                By Counsel:

                                                    /s/
                                               Marina Medvin, Esq.
                                               *Counsel for Defendant*
                                               MEDVIN LAW PLC
                                               277 S Washington St | Ste 210
                                               Alexandria, Virginia 22314
                                               Phone: (703) 870-3300
                                               Email: contact@medvinlaw.com

**CERTIFICATE OF SERVICE FOR CM/ECF**

      I hereby certify that on November 19, 2024, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

                                                  /s/
                                               Marina Medvin, Esq.