# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | CASE NO: 1:21-CR-00382-PLF |
| ) | |
| **CHRISTOPHER WARNAGIRIS,** ) | |
| ) | |
| DEFENDANT. ) | |

## OBJECTIONS

For the purpose of completing the record, the Defense hereby notes its objection to the Order of the Court in ECF No. 175, solely to the extent that the order for dismissal is *without prejudice.* The Defense also notes its objection to the corresponding opinion, ECF No. 176, in its entirety.

Respectfully submitted,

By Counsel:

_____/s/_____
Marina Medvin, Esq.
*Counsel for Defendant*
MEDVIN LAW PLC
277 S Washington St | Ste 210
Alexandria, Virginia 22314
Phone: (703) 870-3300
Email: Marina@MedvinLaw.com

## **CERTIFICATE OF SERVICE FOR CM/ECF**

      I hereby certify that on February 1, 2025, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

                                                           /s/
                                       Marina Medvin, Esq.